# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARCUS B. LAWRENCE,**<br><br>**Defendant.** | **Crim. Action No. 91-CR-0029 (TFH/AK)** |
| **MARCUS B. LAWRENCE,**<br><br>**Petitioner.**<br><br>v.<br><br>**VANESSA P. ADAMS,**<br><br>**Respondent.** | **Civ. Action No. 06-1387 (TFH/AK)** |

## ORDER

Upon consideration of the United States Magistrate Judge's Report and Recommendation dated January 2, 2008 [Docket No. 9], which recommends that Marcus Lawrence's Petition For A Writ Of Habeas Corpus By A Person In Custody In The District Of Columbia [Docket No. 1] be treated as a successive petition filed pursuant to 28 U.S.C. § 2255, it hereby is

**ORDERED** that the Report and Recommendation is **ADOPTED IN FULL.** Accordingly, because the Court lacks jurisdiction to consider the petition, it further is

**ORDERED** that, pursuant to 28 U.S.C. §§ 1631 and 2255, the petition be transferred to the United States Court of Appeals for the District of Columbia Circuit for a

determination whether to grant Marcus Lawrence leave to file a successive petition for habeas corpus.

**SO ORDERED.**

December 22, 2008

Thomas F. Hogan
Chief Judge